**No. 40950.**—Protests 933882–G, etc., of Morris Friedman et al. (*Philadelphia, etc.*).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40951.**—Protest 810365–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of vases, photo frames, bookends, candlesticks, and boxes chiefly used in the household for utilitarian purposes.   They were therefore held dutiable at 50 percent under paragraph 339 as household utensils plated with silver.

**No. 40952.**—Protests 918747–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the needle threaders and thimbles in question were held dutiable at 40 percent under paragraph 339.   Abstracts 29992 and 38680 cited.

**No. 40953.**—Protests 934013–G, etc., of Mogi, Momonoi & Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of bridge table paper weights and bookends chiefly used on the table or in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), *Dow* v. *United States* (21 id. 282, T. D. 46816), and *Friedlaender* v. *United States* (id. 103, T. D. 46445) cited.

**No. 40954.**—Protest 935822–G of Wm. Shaland (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 29992 the thimbles in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 40955.**—Protest 978844–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the atomizers in question were held dutiable at 40 percent under paragraph 339. *Rice* v. *United States* (T. D. 49373) followed.